UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Enterasys Networks, Inc.

    v.                     Civil No. 04-cv-409-PB

DNPG, LLC, et al.


FURTHER ORDER

    Re:  Document No. 33, Motion To Compel

    Ruling: Further order:  Fees are awarded but unless counsel agree on the amount a motion supported by detail is required to award a particular amount.

                                       /s/ James R. Muirhead
                                       James R. Muirhead
                                       U.S. Magistrate Judge

Date:  January 24, 2006

cc:   Christopher H.M. Carter, Esq.
      Michael J. Connolly, Esq.
      Daniel Miville Deschenes, Esq.
      Matthew R. Johnson, Esq.
      George R. Moore, Esq.