UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Enterasys Networks, Inc.

    v.                    Civil No. 04-cv-209-PB

DNPG, LLC, et al

ORDER

    Re: Document No. 60, Objection to Magistrate Judge's Decision (Rule 72[a]) RE Order on Motion for Entry of Award of Fees

    Ruling: The Magistrate Judge issued careful, detailed and well reasoned decision supporting his fee award. The decision anticipates and adequately addresses the arguments that plaintiff raises in its objection. The decision is not clearly erroneous or contrary to law. Accordingly, the objection is overruled.

                                         /s/ Paul Barbadoro
                                         Paul Barbadoro
                                         U.S. District Judge

Date:  July 19, 2006

cc:  Christopher Carter, Esq.
     Michael Connolly, Esq.
     Daniel Deschenes, Esq.
     Matthew Johnson, Esq.
     George Moore, Esq.